**BALLARD SPAHR LLP**

Scott S. Humphreys (SBN 298021)
humphreyss@ballardspahr.com
Brianna R. Howard (SBN 314642)
howardbr@ballardspahr.com
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350

J. Matthew Thornton (*pro hac vice*)
thorntonj@ballardspahr.com
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
Telephone: 612.371.3211
Facsimile: 612.371.3207

Gregory P. Szewczyk (*pro hac vice*)
szewczykg@ballardspahr.com
Alexia C. Chapman (*pro hac vice*)
chapmana@ballardspahr.com
1225 Seventeenth Street, Suite 2300
Denver, CO 80202-5596
Telephone: 303.299.7354
Facsimile: 303.296.3956

*Attorneys for Defendants*

**BURSOR & FISHER, P.A.**

Sarah N. Westcot (SBN 264916)
swestcot@bursor.com
701 Brickell Avenue, Suite 2100
Miami, FL  33131
Telephone: 305.330.5512
Facsimile: 305.676.9006

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOURTNEY RUSOW on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKINSPIRIT ESSENTIAL LLC,<br><br>Defendant. | Case No. 3:24-cv-09317-CRB<br><br>Assigned to Hon. Charles R. Breyer<br><br>**STIPULATED REQUEST TO EXTEND DEFENDANT'S DEADLINE TO SUBMIT ITS REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT** : ORDER<br><br>**(Pursuant to Civil L.R. 6-2 and 7-12)** |

Mot. to Dismiss Filed:          December 12, 2025
Current Reply Deadline:       January 23, 2026
Stipulated Reply Deadline:    January 30, 2026

STIPULATED REQUEST TO EXTEND DEADLINE TO SUBMIT          Case No.  3:24-cv-09317-CRB
REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT

Pursuant to Local Rules 6-2 and 7-12, Defendant SkinSpirit Essential LLC and Plaintiff Kourtney Rusow (together with Defendant, the "Parties"), by and through their undersigned counsel of record, hereby jointly STIPULATE and AGREE as follows:

WHEREAS, following this Court's October 15, 2025 order (Dkt. 44) which granted in part and denied in part SkinSpirit's Motion to Dismiss Plaintiff's First Amended Complaint, and pursuant to the Court's direction, Plaintiff filed her Second Amended Class Action Complaint in this matter on November 14, 2025;

WHEREAS, on November 18, 2025, the Parties submitted a stipulation and proposed order to set the Parties' briefing schedule concerning SkinSpirit's anticipated motion to dismiss the Second Amended Complaint (Dkt. 46), which the Court granted on November 19, 2025 (Dkt. 47). Under the stipulation, SkinSpirit's opening brief in support of its motion to dismiss was due on December 12, 2025, Rusow's opposition was due on January 9, 2026, and SkinSpirit's reply is due on January 23, 2026;

WHEREAS, on December 12, 2025, SkinSpirit submitted its Motion to Dismiss Plaintiff Rusow's Second Amended Class Action Complaint (Dkt. 48) pursuant to the stipulated briefing schedule;

WHEREAS, on January 9, 2026, Plaintiff submitted its opposition to SkinSpirit's motion to dismiss (Dkt. 49);

WHEREAS, lead counsel for SkinSpirit has been dealing with health issues that have prevented him from being able to assist with the preparation of SkinSpirit's reply brief over the preceding week, but he anticipates he will sufficiently recover within the coming week;

WHEREAS, counsel for SkinSpirit contacted counsel for Plaintiff to notify them of this issue, and counsel for Plaintiff expressed their willingness to stipulate to this requested one-week extension, and the Parties agree that good cause exists for allowing SkinSpirit a brief extension of one week to submit its reply in support of its motion to dismiss;

NOW THEREFORE, the Parties hereby STIPULATE and AGREE that, subject to the Court's approval, the deadline for SkinSpirit to file its Reply in Support of its Motion to Dismiss

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067-2915

STIPULATED REQUEST TO EXTEND DEADLINE TO SUBMIT    Case No. 3:24-cv-09317-CRB
REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT

Plaintiff's Second Amended Class Action Complaint is extended to and including Friday, January 30, 2026;

The Parties agree that the requested extension will not prejudice any party or result in undue delay, and it will be in the interests of judicial economy. The Parties do not request an accompanying extension or stay of the motion hearing currently scheduled to occur on February 20, 2026. This is the fourth stipulation for such extension of time, and the second to occur during the Parties' briefing on SkinSpirit's Motion to Dismiss Plaintiff's Second Amended Class Action Complaint.

IT IS SO STIPULATED.


DATED:  January 21, 2026

**BALLARD SPAHR LLP**                                    **BURSOR & FISHER, P.A.**

By:  _/s/ Gregory P. Szewczyk_                        By:  _/s/ Sarah N. Wescot_
     Scott S. Humphreys                                        Sarah N. Westcot
     Gregory P. Szewczyk
     J. Matthew Thornton
     Brianna R. Howard
     Alexia C. Chapman

*Attorneys for Defendants*                              *Attorney for Plaintiffs*

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, California  90067-2915

3

STIPULATED REQUEST TO EXTEND DEADLINE TO SUBMIT          Case No.  3:24-cv-09317-CRB
REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KOURTNEY RUSOW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKINSPIRIT ESSENTIAL LLC,<br><br>Defendant. | Case No. 3:24-cv-09317-CRB<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT TO SUBMIT ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Mot. to Dismiss Filed:     December 12, 2025<br>Current Reply Deadline:    January 23, 2026<br>Stipulated Reply Deadline:  January 30, 2026 |

[PROPOSED] ORDER                                                                                          Case No.  3:24-cv-09317-CRB

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation, IT IS HEREBY ORDERED as follows:

1.      The deadline for Defendant SkinSpirit Essential LLC to submit its Reply in Support of its Motion to Dismiss the Second Amended Class Action Complaint ("SAC") shall be extended from January 23, 2026, to and including January 30, 2026.

2.      The hearing on SkinSpirit's Motion to Dismiss the Second Amended Class Action Complaint shall remain calendared for February 20, 2026.

3.      The Initial Case Management Conference ("CMC") shall remain continued to a date approximately thirty (30) days from the date of the Court's ruling on SkinSpirit's motion to dismiss, or as soon thereafter as is convenient for the Court.

4.      The Parties shall submit a joint notice proposing a new date for the Initial Case Management Conference within seven (7) days of receiving an order on the motion to dismiss.

5.      The Parties will conduct the Fed. R. Civ. P. 26(f) Conference no later than twenty-one (21) days prior to the date set for the CMC and make their respective initial disclosures no later than fourteen (14) days after the Fed. R. Civ. P. 26(f) Conference.

6.      The Parties will submit a Joint Case Management Statement no later than seven (7) days before the date set for the CMC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date:  January 22, 2026

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE