**BALLARD SPAHR LLP**

Scott S. Humphreys (SBN 298021)
humphreyss@ballardspahr.com
Brianna R. Howard (SBN 314642)
howardbr@ballardspahr.com
2029 Century Park East, Suite 1400
Los Angeles, CA  90067-2915
Telephone: 424.204.4400
Facsimile: 424.204.4350

J. Matthew Thornton (*pro hac vice*)
thorntonj@ballardspahr.com
2000 IDS Center, 80 South 8th Street
Minneapolis, MN 55402-2119
Telephone: 612.371.3211
Facsimile: 612.371.3207

Gregory P. Szewczyk (*pro hac vice*)
szewczykg@ballardspahr.com
Alexia C. Chapman (*pro hac vice*)
chapmana@ballardspahr.com
1225 Seventeenth Street, Suite 2300
Denver, CO 80202-5596
Telephone: 303.299.7354
Facsimile: 303.296.3956

*Attorneys for Defendants*

**BURSOR & FISHER, P.A.**

Sarah N. Westcot (SBN 264916)
swestcot@bursor.com
701 Brickell Avenue, Suite 2100
Miami, FL  33131
Telephone: 305.330.5512
Facsimile: 305.676.9006

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOURTNEY RUSOW, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKINSPIRIT ESSENTIAL LLC,<br><br>Defendant. | Case No. 3:24-cv-09317-CRB<br><br>Assigned to Hon. Charles R. Breyer<br><br>**JOINT NOTICE PROPOSING DATES FOR CASE MANAGEMENT CONFERENCE** |

1    Pursuant to Local Rule 16-10 and the Court's February 14, 2025 Order, Defendant
2  SkinSpirit Essential LLC and Plaintiff Kourtney Rusow, by and through their undersigned
3  counsel of record, hereby jointly propose **May 15, 2026**, or **May 22, 2026**, for the Court's initial
4  Case Management Conference in this case.

6    Respectfully Submitted,

8  DATED: March 10, 2026
   **BALLARD SPAHR LLP**                    **BURSOR & FISHER, P.A.**

9  By:  /s/ J. Matthew Thornton             By:  /s/ Sarah N. Westcot
10     Scott S. Humphreys                        Sarah N. Westcot
       Gregory P. Szewczyk
11     J. Matthew Thornton
       Brianna R. Howard
12     Alexia C. Chapman

13  *Attorneys for Defendants*                *Attorney for Plaintiffs*

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067-2915